## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

2005-0513.   State ex rel. McKenney v. Indus. Comm.
Franklin App. No. 03AP–1196, 2005-Ohio-981.

2005-0557.   Strongsville Bd. of Edn. v. Cuyahoga Cty. Bd. of Revision.
Board of Tax Appeals No. 2003–G–663.

2005-0564.   State ex rel. Moyer v. Sharonville Fire Dept.
Franklin App. No. 04AP–92, 2005-Ohio-587.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*April 7, 2005*

[Cite as *04/07/2005 Case Announcements #2*, 2005-Ohio-1646.]

## MOTION AND PROCEDURAL RULINGS

2003–2029.   Parma Hts. v. Wilkins.
Board of Tax Appeals, No. 2001–R–365. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's emergency motion for continuance of hearing scheduled for April 7, 2005,
   IT IS ORDERED by the court that the emergency motion be, and hereby is, denied.